# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-2175

_____

Larry Newburn

*Plaintiff - Appellant*

v.

Kieth Repko, St. Louis, MO VAMC Director; Dr. Patricia McKelvey; Cheryl Anderson, Chief Nurse

*Defendants - Appellees*

Shautley Ray, LPN

*Defendant*

Suzzane Blaylock, RN

*Defendant - Appellee*

Dr. Mohammad Qadir

*Defendant*

Jennifer Roberts, Privacy Officer; Angie Nicholson, Privacy Officer; Jock Holmes, ROI Release of Information Officer

*Defendants - Appellees*

St. Louis, MO Veterans Affairs Medical Center

*Defendant*

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: November 16, 2020
Filed: November 19, 2020
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Larry Newburn appeals the district court's[1] dismissal of his Federal Tort Claims Act (FTCA) lawsuit. Upon de novo review, we find that the dismissal was proper. See Mackovich v. United States, 630 F.3d 1134, 1134-35 (8th Cir. 2011) (per curiam) (law of State where complained-of conduct occurred applies in FTCA cases). The judgment is affirmed. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.